presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed August 13, 1923.

Hjalmar Rehn, for plaintiff in error. Daniel Harrington, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

---

**Nels Olson, appellee, v. Jerry Sproull, appellant. Gen. No. 7,094.**

Suit for wages. Judgment for plaintiff in justice of the peace court for $100. On appeal to circuit court plaintiff obtained judgment for $126.25 and costs. Appeal from the Circuit Court of Grundy county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed August 13, 1923.

Cornelius Reardon, for appellant. J. W. Rausch, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

**Charles S. Cullen and Lewis Gowen, partners, trading as Cullen & Gowen, appellees, v. Burton S. Jordan, appellant. Gen. No. 7,099.**

Bill for injunction restraining lessee from removing certain property. Temporary injunction issued and motion to dissolve same. Injunction made permanent. Decree reversed by Appellate Court and cause remanded with directions to dismiss bill. Case reinstated with suggestion of damages by defendant. Damages allowed and bill dismissed. Appeal from the Circuit Court of La Salle county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed August 13, 1923.

Richard D. Mills and Hanson & Jacobson, for appellant. Lee O'Neil Browne and Ralph A. Green, for appellees.

Mr. Justice Jones delivered the opinion of the court.

---

**Frank A. Anderson et al., appellees, v. Hez B. Nicoles, appellant. Gen. No. 7,112.**

Bill to restrain defendant from furnishing ballots, in election in town of Joliet, without names of complainants as candidates. Temporary injunction granted. Motion to dismiss bill denied. Appeal from the Circuit Court of Will county; the Hon. Dorrance D. Dibell, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed August 13, 1923.

John W. Downey, for appellant. Edward C. Hall, for appellees.

Mr. Justice Jones delivered the opinion of the court.

---

**J. P. Detweiler, defendant in error, v. Jake W. Miller, plaintiff in error. Gen. No. 7,115.**

Action on note. Judgment for plaintiff. Error to the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed August 13, 1923.

Robert E. Larkin and Barnes, Magoon & Black, for plaintiff in error. Kennedy & Kennedy, for defendant in error; Ed E. Robeson, of counsel.

Mr. Justice Jones delivered the opinion of the court.